In the Matter of the Claim of RAYMOND CARLIN, Respondent, against COLGATE AIRCRAFT CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 18, 1950; decided November 22, 1950.

*Charles P. Barre* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky; Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.